UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE JACKSON, | No. 2:16-cv-2627 CKD P |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has consented to have all matters before a United States Magistrate Judge. 28 U.S.C. § 636(c). On November 8, 2016, petitioner was ordered to file a request to proceed in forma pauperis or pay the appropriate filing fee within thirty days. Petitioner was warned that failure to do so would result in dismissal. The thirty day period has now expired, and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: January 4, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jack2627.dis